No. 987. KIMBROUGH v. UNITED STATES. Certiorari, 363 U. S. 810, to the United States Court of Appeals for the Sixth Circuit. The motion of petitioner for the appointment of counsel is granted and it is ordered that *Edward L. Barrett, Esquire,* of Berkeley, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel in this case.

No. 785, Misc. SMITH v. BENNETT, WARDEN. Appeal from the Supreme Court of Iowa. Motion for leave to proceed *in forma pauperis* granted. The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted limited to the question decided in *Burns* v. *Ohio,* 360 U. S. 252. Case transferred to the appellate docket. It is ordered that *Luther L. Hill, Jr., Esquire,* of Des Moines, Iowa, be, and he is hereby, appointed to serve as counsel for appellant in this case. Appellant *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 765, Misc. STEHLIN v. NASH, WARDEN;
No. 888, Misc. BYRD v. PEPERSACK, WARDEN;
No. 1031, Misc. MANGLE v. WINSOR, COMMISSIONER OF THE DEPARTMENT OF HEALTH AND WELFARE; and
No. 1050, Misc. RICHARDSON v. RHAY, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied. Petitioners *pro se. John M. Dalton,* Attorney General of Missouri, and *Calvin K. Hamilton,* Assistant Attorney General, for respondent in No. 765, Misc. *James H. Norris, Jr.,* Special Assistant Attorney General of Maryland, for respondent in No. 888, Misc.